# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0246-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JULIO CESAR FIERRO VALENZUELA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion to continue the motion cutoff date from November 9, 2017 to November 21, 2017 (Dkt. No. 22). The Court, finding just cause, GRANTS the motion.

DATED this 8th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk