THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR17-0246-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| JULIO CESAR FIERRO VALENZUELA, | |
| Defendant, | |
| and, | |
| RANDOLPH J. ST. CLAIR, | |
| Third-Party Claimant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the United States' request for a scheduling order (Dkt. No. 41) governing Randolph St. Clair's claim to property ("Request") (Dkt. No. 40) currently subject to the Court's preliminary order of forfeiture (Dkt. No. 38).

The Court FINDS entry of an order setting a discovery schedule, a motions deadline, and a hearing date is appropriate. The Court will permit discovery and entertain motions related to Mr. St. Clair's third-party claim pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and,

MINUTE ORDER CR17-0246-JCC
PAGE - 1

to the extent an evidentiary hearing on a third-party claim is required, will conduct a hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)–(6).

Accordingly, the Court ORDERS as follows:

1) The United States and Randolph St. Clair ("the Parties") may engage in discovery related to Mr. St. Clair's claim. The discovery period closes on August 7, 2018;

2) Thereafter, the parties shall file any dispositive motions no later than September 6, 2018; and,

3) If necessary, an evidentiary hearing will be held on Mr. St. Clair's claim at 9 a.m. on October 30, 2018.

DATED this 8th day of June 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk