THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JULIO CESAR FIERRO VALENZUELA,<br><br>　　　　　Defendant. | CASE NO. CR17-0246-JCC<br><br>ORDER |

This matter comes before the Court on the Government's motion for entry of a final order of forfeiture (Dkt. No. 46) for the following property:

1. One Smith & Wesson .45 caliber semiautomatic pistol, bearing serial number DTA9733;
2. One Mossberg shotgun, bearing serial number H569854; and
3. Any and all related ammunition, magazines, and accessories.

The Court, having reviewed the motion and the relevant record, GRANTS the motion (Dkt. No. 46) and FINDS that entry of a final order of forfeiture is appropriate because:

1. On February 14, 2018, the Court entered a Preliminary Order of Forfeiture finding these firearms, ammunition, and accessories forfeitable pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C § 2461(c) and forfeiting Defendant's interest in them (Dkt. No. 38);

2. Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure 32.2(b)(6)(C) (Dkt. No. 39) and provided direct notice to five identified potential claimants as required by Federal Rule of Criminal Procedure 32.2(b)(6)(A) (Dkt. No. 46-1);

3. One third-party claim was filed, the United States recognized and settled that claim, and the Court approved the settlement agreement (Dkt. Nos. 40, 44, 45); and

4. No other third-party claims were filed, and the time for doing so has expired.

Therefore, the Court ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States and/or its representatives are authorized to dispose of the property as permitted by governing law.

DATED this 30th day of October 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE